1  Julie R. Trotter, Bar No. 209675
     jtrotter@calljensen.com
2  Mireya A.R. Llaurado, Bar No. 194882
     mllaurado@calljensen.com
3  CALL & JENSEN
4  A Professional Corporation
   610 Newport Center Drive, Suite 700
5  Newport Beach, CA  92660
   Tel:   (949) 717-3000
6

7  Attorneys for Defendants Western Refining Retail, LLC,
   7-Eleven, Inc., and Speedway, LLC
8

9  Hekmat Kordab, Bar No. 303850
     matt@kordablaw.com
10 Yadira De La Rosa, Bar No. 326163
     yadira@kordablaw.com
11 Kordab Law Offices
   300 S. Harbor Blvd. Suite 820
12 Anaheim, California 92805
   Tel: (714) 881-0581
13

14 Attorneys for Plaintiff Beshara Elmasry

15 **UNITED STATES DISTRICT COURT**

16 **CENTRAL OF CALIFORNIA**

17

| | |
|---|---|
| BESHARA ELMASRY,<br><br>        Plaintiff,<br><br>        vs.<br><br>WESTERN REFINING RETAIL, LLC, a Delaware Limited Liability Company; 7-ELEVEN, INC., a Texas Corporation; SPEEDWAY, LLC, a Delaware Limited Liability Company; and DOES 1 to 20, inclusive,<br><br>        Defendants. | Case No.  8:22-CV-01031 JWH (ADSx)<br><br>**STIPULATION OF PARTIES TO CONTINUE RULE 26(f) CONFERENCE**<br><br>*[Filed concurrently with [Proposed] Order]*<br><br>Date:  July 29, 2022<br>Time:  11:00 a.m.<br>Place: Courtroom 9D<br>          411 West 4th Street<br>          Santa Ana, CA 92701<br><br>Removal Filed:   May 20, 2022<br>Trial Date:            None Set |

SEV05-38:3388155_2:7-25-22

STIPULATION OF PARTIES TO CONTINUE RULE 26(f) CONFERENCE

**TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:**

**WHEREAS,** on June 3, 2022, the Court set the Rule 26 Conference for 11:00 a.m., on Tuesday, July 26, 2022;

**WHEREAS,** on July 8, 2022, the Court continued the July 26, 2022 Rule 26 Conference scheduled for 11:00 a.m., to Friday, July 29, 2022;

**WHEREAS**, lead counsel for the defendants Western Refining Retail, LLC, 7-Eleven, Inc., and Speedway, LLC is not available on July 26, 2022 and has met and conferred with Plaintiff's counsel on available dates;

**WHEREAS**, counsel for the Parties are available on August 4, 8, 9 or 15, 2022, for the Rule 26 Conference;

**THE PARTIES HEREBY STIPULATE** to continue the Rule 26 Conference to August 4, 8, 9, or 15, 2022, or to another date convenient for the Court.

**IT IS SO STIPULATED.**

Dated: July 25, 2022

CALL & JENSEN
A Professional Corporation
Julie R. Trotter
Mireya A.R. Llaurado


By:/s/ Mireya A.R. Llaurado[1]
Mireya A.R. Llaurado

Attorneys for Defendants Western Refining Retail, LLC, 7-Eleven, Inc., and Speedway, LLC

Dated: July 25, 2022

Respectfully Submitted,
KORDAB LAW OFFICES


By: /S/ Hekmat Kordab
Hekmat Kordab, Esq.

Attorneys for Plaintiff, Beshara Elmasry

---

[1] I, Mireya A.R. Llaurado, hereby certify that the content of this document is acceptable to Hekmat Kordab, counsel for Plaintiff Beshara Elmasry, and that I have obtained Mr. Kordab's authorization to affix his electronic signature to this document.