1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL OF CALIFORNIA

| BESHARA ELMASRY, | Case No. 8:22-CV-01031 JWH (ADSx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE STIPULATION OF PARTIES TO CONTINUE RULE 26(f) CONFERENCE** |
| vs. | |
| WESTERN REFINING RETAIL, LLC, a Delaware Limited Liability Company; 7-ELEVEN, INC., a Texas Corporation; SPEEDWAY, LLC, a Delaware Limited Liability Company; and DOES 1 to 20, inclusive, | Date:  July 29, 2022<br>Time:  11:00 a.m.<br>Place: Courtroom 9D<br>         411 West 4th Street<br>         Santa Ana, CA 92701 |
| Defendants. | Removal Filed:  May 20, 2022<br>Trial Date:      None Set |

SEV05-38:3389558_1:7-25-22

[PROPOSED] ORDER RE STIPULATION OF PARTIES TO CONTINUE RULE 26(f) CONFERENCE

# **PROPOSED ORDER**

GOOD CAUSE APPEARING, the Rule 26 Conference set for July 29, 2022, at 11:00 a.m., is CONTINUED to _____ __.m on _____, 2022, in Courtroom 9D of the United States District Court, located at 411 West 4th Street, Santa Ana, California.

SO ORDERED.

Dated:_____                    _____
                                          Hon. John W. Holcomb
                                          United States District Judge